**From:** FPHFIC fwg1xvfrxuw1jry#
**To:** Lqwhuglvwulfw Wudqvihub W[VGC w{v1xvfrxuw1jry

**Date:** Wxhvgd|/#Iheuxdu|#3:/#534:#36=76SP
**Subject:** Wudqvihuuhg#fdvh#kdv#ehhq#rshqhg#

CASE: 4:16-cv-01648

DETAILS: Case transferred from Texas Southern
has been opened in United States District Court for the District of
Connecticut
as case 3:17-cv-00177, filed 02/07/2017.